Angeline M. Fori, Respondent, v. George J. Fori, Appellant.—

Bergan, P. J., Gibson, Herlihy and Reynolds, JJ., concur.